```
                                United States Bankruptcy Court
                                       District of Colorado
In re:                                                                  Case No. 18-12831-MER
Patrick Jacob McCarthy                                                  Chapter 7
Ariel Kay Svetlik-McCarthy
        Debtors
                                       CERTIFICATE OF NOTICE
District/off: 1082-1            User: potters              Page 1 of 2              Date Rcvd: Sep 13, 2018
                                Form ID: 177               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db             +Ariel Kay Svetlik-McCarthy,    5989 N. Douglas Hwy.,    Juneau, AK 99801-9456
db            #+Patrick Jacob McCarthy,    19 Coalbank Dr.,    Durango, CO 81301-9439
17957386       +Alaska USA FCU,    4000 Credit Union Dr.,    Anchorage, AK 99503-6636
17957387       +Alaska USA FCU,    Credit Card Services,    PO Box 196613,    Anchorage, AK 99519-6613
17957385       +Alaska USA FCU,    PO Box 196613,    Anchorage, AK 99519-6613
17957388        Alaska USA FCU,    CONS LN CNTRL,    PO Box 196020,    Anchorage, AK 99519-6020
17957392       +CB of Farmington,    500 N. Orcahrd Dr.,    Farmington, NM 87401-6233
17957393       +CBF Services,    509 E. 20th,    Farmington, NM 87401-2149
17957391       +Catholic Health Initiatives Colorado,    PO Box 1259,    Dept. 130396,    Oaks, PA 19456-1259
17957396      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,     P.O. Box 630778,    Cincinnati, OH 45263-0778)
17957395       +Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
17957397        Fifth Third Bank,    PO Box 630170,    Cincinnati, OH 45263-0170
17957398       +Four Corners Radiology,    P.O. Box 2019,    Farmington, NM 87499-2019
17957399       +Hanger Prosthetics and Orthotics,    1 Mercado St., Ste. 203,    Durango, CO 81301-7309
17957401        Nelnet Loan Services, Inc.,    P.O. Box 64516,    Saint Paul, MN 55164-0516
17957402       +Orthopedic Associates, PA,    2300 E. 30th St., Bld. D-101,    Farmington, NM 87401-8991
17957403       +Radiology Associates of Durango PC,    3075 E. Imperial Hwy., Ste. 200,    Brea, CA 92821-6753
17957407       +SJRMC Anesthesia Dept.,    PO Box 6210,    Farmington, NM 87499-6210
17957404       +San Juan Health Partners,    PO Box 6210,    Farmington, NM 87499-6210
17957406       +San Juan Regional Medical Center,    P.O. Box 1530,    Farmington, NM 87499-1530
17957405       +San Juan Regional Medical Center,    ER Physicians Billing,    PO BOx 6210,
                 Farmington, NM 87499-6210
17957408       +Southwest ER Physicians,    PO Box 48458,    Oak Park, MI 48237-6058
17957410       +U.S. Dept of Education,    PO Box 7859,    Madison, WI 53707-7859
17957409        U.S. Dept of Education,    Direct Loans Servicing Center,    PO Box 5609,
                 Greenville, TX 75403-5609
17957411        U.S. Dept. of Education,    Direct Loan Servicing Center,    P.O. Box 4609,
                 Utica, NY 13504-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17957389        EDI: BANKAMER.COM Sep 14 2018 03:23:00     Bank of America,    PO Box 982234,
                 El Paso, TX 79998-2234
17957390        EDI: BANKAMER.COM Sep 14 2018 03:23:00     Bank of America,    POB 982238,
                 El Paso, TX 79998-2238
17957394        E-mail/Text: electronicbkydocs@nelnet.net Sep 13 2018 23:26:06     Dept. of Ed./Nelnet,
                 121 S. 13th St.,    Lincoln, NE 68508-1904
17957400        EDI: PARALONMEDCREDT Sep 14 2018 03:23:00     Medicredit, Inc.,    PO Box 1629,
                 Maryland Heights, MO 63043-0629
                                                                                              TOTAL: 4

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 1082-1          User: potters          Page 2 of 2          Date Rcvd: Sep 13, 2018
                              Form ID: 177           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Daniel G. Spitzer    on behalf of Debtor Ariel Kay Svetlik-McCarthy dan@danielspitzerlaw.com
              Daniel G. Spitzer    on behalf of Debtor Patrick Jacob McCarthy dan@danielspitzerlaw.com
              Jared   Walters     jcWalters7@gmail.com, CO09@ecfcbis.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                          TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patrick Jacob McCarthy**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6950**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Ariel Kay Svetlik–McCarthy**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1664**<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Colorado** | | |
| Case number:   **18–12831–MER** | | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick Jacob McCarthy                               Ariel Kay Svetlik–McCarthy
                                                     aka Ariel Kay Svetlik

9/13/18                                              **By the court:**   Michael E. Romero
                                                                         United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**